572

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE JUNIOR WOODS, Defendant-Appellant.

(No. 55548;

First District (5th Division)—July 13, 1973.

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

Gerald D. Mindell, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Robert J. Cohen, Assistant State's Attorneys, of counsel,) for the People.